UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEANE CURTIS,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE STATE OF NEW YORK, sued in their official capacities,<br><br>       Defendant. | 1:22-CV-7201 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the Court's October 24, 2022, order,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for the reasons set forth in that order and for failure to state a claim on which relief may be granted. Fed. R. Civ. P. 12(h)(3); *see* 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: January 12, 2023
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                  Chief United States District Judge